## Louis Armster, Appellee, v. Metropolitan Life Insurance Company, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Saline county; the Hon. A. W. LEWIS, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed October 24, 1917.

## Statement of the Case.

Action by Louis Armster, plaintiff, against the Metropolitan Life Insurance Company, defendant, to recover upon two insurance policies issued by defendant on the life of one Walter Owens, wherein plaintiff was named as beneficiary. From a judgment for plaintiff of *nil dicit,* upon demurrer to defendant's plea being sustained and defendant's refusal to plead over, defendant appeals.

MILES FREDERICK GILBERT, for appellant.

W. F. SCOTT, for appellee; BASIL BAKER, of counsel.

MR. PRESIDING JUSTICE MCBRIDE delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. CONTRACTS, § 166*—*when duty of courts to enforce as made.* It is not within the province of a court to make contracts, but it is the duty of the court to enforce contracts as made, unless public policy would prevent such enforcement.

2. INSURANCE, § 86*—*what is nature of life insurance policy.* A life insurance policy payable to a beneficiary named therein is a species of property; it is in the nature of a chose in action which, subject to certain conditions, varying according to the terms of a contract, is payable upon the contingency of death or at a stated time.

3. COURTS, § 150*—*when decisions of Supreme Court are controlling.* Where there is a conflict in the decisions of the federal courts or any other courts with the decisions of the higher courts of the State, it is the duty of all State courts to follow the decisions of the Supreme Court of the State.

4. INSURANCE, § 407*—*what is effect of legal execution of insured on rights of beneficiary.* The legal execution of an insured does not, on grounds of public policy, forfeit the rights of the beneficiary of an insurance policy issued upon the life of such person, where there is no limitation as to the manner of death in such policy.